UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-22100-RAR
CASE NO. 25-CV-22202-RAR

**PHILLIP MARTIN**, *et al.*,
*individually and on behalf of*
*all others similarly situated*,

    Plaintiffs,

v.

**BINANCE HOLDINGS LTD.**
*d/b/a* **BINANCE**, *et al.*,

    Defendants.
_____/

**CHARLES BARATTA**, *et al.*,
*individually and on behalf of*
*all others similarly situated*,

    Plaintiffs,

v.

**BINANCE HOLDINGS LTD.**,
*d/b/a* **BINANCE**, *et al.*,

    Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE**
**ON MOTION TO COMPEL ARBITRATION**

**THIS CAUSE** comes before the Court upon the Joint Proposed Briefing Schedule on Defendants' Motion to Compel Arbitration ("Proposed Briefing Schedule"), [ECF No. 112], in the consolidated cases Case No. 25-CV-22100 and Case No. 25-CV-22202, *see* [ECF No. 108]. The Court having considered the Proposed Briefing Schedule, the record, and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The October 7, 2024, Order, [ECF No. 42], bifurcating Defendants' response to the Complaint, [ECF No. 1], remains in effect as to Case No. 25-CV-22100.

2. Defendants shall file a single combined Motion to Compel Arbitration on or before **June 25, 2025**.

3. Plaintiffs shall file any response in opposition to Defendants' Motion to Compel Arbitration on or before **July 30, 2025**.

4. Defendants shall file any reply in support of their Motion to Compel Arbitration on or before **August 20, 2025**.

5. Per the Court's Order Consolidating Cases, [ECF No. 108], Defendants' Motion to Compel Arbitration and any response or reply thereto shall apply with equal effect to Case No. 25-CV-22100 and Case No. 25-CV-22202.

6. The November 14, 2024, Order, [ECF No. 59], staying discovery will remain in effect as to Case No. 25-CV-22100 until the Court decides Defendants' Motion to Compel Arbitration.

**DONE AND ORDERED** in Miami, Florida this 30th day of May, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**