UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-22100-RAR

| | |
|---|---|
| PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BINANCE HOLDINGS, LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and CHANGPENG ZHAO, | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP**
**TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to this court's Local Rule 11.1(d)(3), and upon the accompanying Declaration of Avi Perry, the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby moves for an order relieving its undersigned attorneys as counsel of record for Defendant Changpeng Zhao.

As set forth in Mr. Perry's Declaration, Mr. Zhao has breached the material terms of his engagement agreements with Quinn Emanuel, and he has created adversity by filing an arbitration against Quinn Emanuel. As a result, Quinn Emanuel has terminated its representation of Mr. Zhao and cannot continue to represent Mr. Zhao in this matter. Accordingly, Quinn Emanuel respectfully requests that Shalia Sakona, Avi Perry (*pro hac vice*), Peter Fountain (*pro hac vice*), Michael Linneman (*pro hac vice*), and Brenna Ledvora (*pro hac vice*) be relieved as counsel of record for Defendant Changpeng Zhao.

The current electronic mailing address for Mr. Zhao shall be filed under seal.

Dated: June 10, 2025

Respectfully submitted,

*/s/ Shalia M. Sakona*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Shalia Sakona (FBN: 107398)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (786) 850-3435
shaliasakona@quinnemanuel.com

Avi Perry (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, DC 20002
(202) 538-8000
aviperry@quinnemanuel.com

Peter Fountain (*pro hac vice*)
Michael Linneman (pro hac vice)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
peterfountain@quinnemanuel.com
michaellinneman@quinnemanuel.com

Brenna Ledvora (*pro hac vice*)
191 N. Wacker, Suite 2700
Chicago, IL 60606 312-705-7000
brennaledvora@quinnemanuel.com

*Withdrawing Counsel for Defendant Changpeng Zhao*