UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-22100-RAR

| | |
|---|---|
| PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| BINANCE HOLDINGS, LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and CHANGPENG ZHAO, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DECLARATION OF AVI PERRY IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to 28 U.S.C.§ 1746, I, Avi Perry, hereby declare as follows:

1.     I am an attorney-at-law admitted to practice in the States of New York and Connecticut and the District of Columbia. I am a partner in the Washington, D.C. Office of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), withdrawing counsel for Defendant Changpeng Zhao. I am familiar with the proceedings in this matter. I respectfully submit this declaration pursuant to Local Civil Rule 11.1(d)(3) in support of Quinn Emanuel's Motion to Withdraw as Counsel of Record and for such other and further relief the Court deems just and proper.

2.     Five Quinn Emanuel attorneys—Shalia Sakona, Avi Perry (*pro hac vice*), Peter Fountain (*pro hac vice*), Michael Linneman (*pro hac vice*), and Brenna Ledvora (*pro hac vice*)— are currently counsel of record for Defendant Changpeng Zhao in this action.

3. Mr. Zhao has breached the material terms of his engagement agreements with Quinn Emanuel, and he has created adversity by filing an arbitration against Quinn Emanuel. As a result, Quinn Emanuel has terminated its representation of Mr. Zhao and cannot continue to represent Mr. Zhao in this matter.

4. Quinn Emanuel has notified Mr. Zhao of its withdrawal so that he may retain new counsel. To the extent necessary to comply with applicable ethical rules, Quinn Emanuel will assist with the transition of this matter to Mr. Zhao's new counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 10, 2025                              /s/ *Avi Perry*
                                                    Avi Perry