**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-22100-RAR**
**CASE NO. 25-CV-22202-RAR**

**PHILIP MARTIN**, *et al.*,
*individually and on behalf of*
*all others similarly situated*,

Plaintiffs,

v.

**BINANCE HOLDINGS LTD.**
*d/b/a* **BINANCE**, *et al.*,

Defendants.
_______________________________________/

**CHARLES BARATTA**, *et al.*,
*individually and on behalf of*
*all others similarly situated*,

Plaintiffs,

v.

**BINANCE HOLDINGS LTD.**,
*d/b/a* **BINANCE**, *et al.*,

Defendants.
_______________________________________/

**ORDER VACATING ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND SETTING IN-PERSON STATUS CONFERENCE**

**THIS CAUSE** comes before the Court on the Order Granting Plaintiffs' Petition for Writ of Mandamus, [ECF No. 152], issued by the United States Court of Appeals for the Eleventh Circuit on August 19, 2026. *See In re Philip Martin, et al.*, No. 26-11695, Dkt. No. 18-2 (11th Cir. Aug. 19, 2026). Pursuant to the Eleventh Circuit's Order and 11th Cir. R. 41-4(b), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Court's March 16, 2026 Order Granting Defendants' Motion to Compel Arbitration, [ECF No. 144], is **VACATED**.

2. This matter is set for an in-person status conference on **Thursday, August 27, 2026 at 3:00 P.M.** The parties shall report to Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida this 20th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**